In the Matter of LEW ROSENBERG, Appellant, against JACOB GRALLA, Respondent.

Argued August 17, 1946; decided August 17, 1946.

*Samuel Cooperman* for appellant.

*Abraham J. Multer* for respondent.

*John J. Bennett, Corporation Counsel (Russell L. Tarbox* of counsel), for Board of Elections.

Order affirmed, without costs, on the authority of *Matter of King* v. *Cohen* (293 N. Y. 435). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.